United States Court of Appeals
Fifth Circuit

**F I L E D**

**August 20, 2007**

Charles R. Fulbruge III
Clerk

UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 06-31072
Summary Calendar

_____

ERICKA LOUVIERE; ET AL.,

Plaintiffs,

versus

DANIEL LAKAMP; ET AL.,

Defendants

R. MICHAEL MOITY, JR.,

Appellant.

_____

Appeals from the United States District Court
for the Western District of Louisiana
No. 6:06-CV-557

_____

Before JONES, Chief Judge, and REAVLEY and PRADO, Circuit Judges.

PER CURIAM:[*]

R. Michael Moity, Jr. appeals the district court's order referring the case to a magistrate judge to determine if he should be disbarred as a member of the bar of the U.S. District Court for the Western District of Louisiana. A magistrate judge entered a certification of contempt after Moity failed to appear for a Rule 16(f) conference and berated the judge's law clerk on the

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

telephone. 28 U.S.C. § 636(e). After the district court held a show-cause hearing, the court found Moity in contempt and ordered him to attend anger management classes, perform community service, pay a $100 fine, and apologize. The court subsequently vacated that order and referred the case to a magistrate judge to determine whether Moity should be disbarred from practice in the Western District of Louisiana. Without commenting on the merits of this case, we dismiss the appeal for lack of appellate jurisdiction. The district court's referral order is not a final appealable order. See 28 U.S.C. § 1291; Gregg v. Linder, 349 F.3d 860, 862 (5th Cir. 2003) (per curiam).

**DISMISSED.**